```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38067
   CURTIS JACKSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-7518

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/13/2004 and was confirmed 12/30/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 08/11/2008.
-------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
   AMERICREDIT FINANCIAL SV  SECURED          12500.00       2075.62     12500.00
   AMERICREDIT FINANCIAL SV  UNSECURED         2704.02         .00         270.40
   AMERICAN GENERAL FINANCE  FILED LATE        4868.42         .00            .00
   CAPITAL ONE BANK          UNSECURED        NOT FILED        .00            .00
   CHICAGO MUNICIPAL EMPLOY  SECURED           1372.64       588.47       1372.64
   CHICAGO MUNICIPAL EMPLOY  SECURED           1235.42       664.15       1235.42
   ROUNDUP FUNDING LLC       UNSECURED         1575.98         .00         157.60
   ILLINOIS DEPT PUBLIC AID  UNSECURED          490.00         .00          49.00
   SEARS ROEBUCK & CO        UNSECURED        NOT FILED        .00            .00
   MISTER SHOPS              UNSECURED        NOT FILED        .00            .00
   WELLS FARGO FINANCIAL IL  UNSECURED         2497.27         .00         249.73
   XVC                       UNSECURED        NOT FILED        .00            .00
   ROUNDUP FUNDING LLC       UNSECURED         3509.56         .00         350.96
   LEGAL REMEDIES CHARTERED  DEBTOR ATTY       2,280.00                   2,280.00
   TOM VAUGHN                TRUSTEE                                      1,340.77
   DEBTOR REFUND             REFUND                                           5.24

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE             23,140.00

   PRIORITY                                       .00
   SECURED                                   15,108.06
      INTEREST                                3,328.24
   UNSECURED                                  1,077.69
   ADMINISTRATIVE                             2,280.00
   TRUSTEE COMPENSATION                       1,340.77
   DEBTOR REFUND                                  5.24
                       --------------        --------------
   TOTALS              23,140.00             23,140.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 38067 CURTIS JACKSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE